

# ELECTRONIC RECORD

COA # 11-13-00308-CR                    OFFENSE: 21.1

STYLE: **Larry Wayne Benton v. The State of Texas**          COUNTY: Eastland

COA DISPOSITION:          AFFIRMED          TRIAL COURT: 91st District Court

DATE: 6/18/15          Publish: NO    TC CASE #:          23111

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Larry Wayne Benton v. The State of Texas**          CCA #: **PD-0902-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _11/18/2015_          SIGNED: _____          PC: _____

JUDGE: _[signature]_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD